Case 8:96-cr-00148-SCB Document 37 Filed 04/24/07 Page 1 of 3 PageID 49
AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:96-CR-148-T-24MSS |
| GERALD VINCENT CARPENTIER | USM Number: |
| _____/ | |
| | Howard Anderson, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One, Two, Three, Five, Six, Seven, Eight & Nine of the terms of supervision. See below.

| | | |
|---|---|---|
| 1 | New Criminal Conduct, Grand Theft, In Violation of a Condition of Supervision | June 22, 1999 |
| 2 | New Criminal Conduct, Forgery, In Violation of a Condition of Supervision | June 22, 1999 |
| 3 | New Criminal Conduct, Uttering a Forged Instrument In Violation of a Condition of Supervision | June 22, 1999 |
| 4 | New Criminal Conduct, Mortgage Fraud, In Violation of a Condition of Supervision | June 22, 1999 |
| 5 | New Criminal Conduct, Mortgage Fraud, In Violation of a Condition of Supervision | June 22, 1999 |
| 6 | New Criminal Conduct, Mortgage Fraud, In Violation of a Condition of Supervision | June 22, 1999 |
| 7 | New Criminal Conduct, Mortgage Fraud, In Violation of a Condition of Supervision | June 22, 1999 |
| 8 | New Criminal Conduct, Financial Institution Fraud, In Violation of a Condition of Supervision | June 22, 1999 |
| 9 | Travel Outside the District Without Permission In Violation of Condition Number One of the Standard Conditions of Supervision | December 2, 1998 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: April 24th, 2007

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____April 24th, 2007_____

DEFENDANT:   GERALD VINCENT CARPENTIER                     Judgment - Page    2    of    2
CASE NUMBER:  8:96-CR-148-T-24MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *EIGHT (8) MONTHS FOLLOWED BY NO TERM OF SUPERVISED RELEASE.  This term is to run consecutive to the sentence imposed in Docket Number CRC9902126CFAWS, Circuit Court of Pasco County.*

_____  The Court makes the following recommendations to the Bureau of Prisons:

__X__  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

_____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL